TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

FILED

2025 JUN 25  PM 12: 41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR25-02991 TUC-AMM(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Making False Statements in Connection with Attempted Acquisition of a Firearm) Counts 1 – 2 |
| Bryan Osiel Zaragoza-Vargas, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 3, 2025, in the District of Arizona, the defendant, BRYAN OSIEL ZARAGOZA-VARGAS, in connection with the attempted acquisition of a firearm, to wit: one (1) Haskell Manufacturing, Inc. JHP .45 caliber pistol, from USA Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to USA Pawn and Jewelry, which statement was intended and likely to deceive USA Pawn and Jewelry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he had never been convicted of a felony, when in fact as the defendant then knew, he was a convicted felon.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**

On or about February 3, 2025, in the District of Arizona, the defendant, BRYAN OSIEL ZARAGOZA-VARGAS, in connection with the attempted acquisition of a firearm, to wit: one (1) Haskell Manufacturing, Inc. JHP .45 caliber pistol, from USA Pawn and Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to USA Pawn and Jewelry, which statement was intended and likely to deceive USA Pawn and Jewelry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was not an alien illegally or unlawfully present in the United States, when in fact as the defendant then knew, he had been ordered removed to Mexico by an immigration judge.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: June 25, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
MONICA E. RYAN
Assistant U.S. Attorney

*United States of America v. Bryan Osiel Zaragoza-Vargas*
*Indictment Page 2 of 2*