JON M. SANDS
Federal Public Defender
**BENJAMIN D. SINGERMAN** #039723
Assistant Federal Public Defender
407 W. Congress St. Ste 501
Tucson, Arizona 85706
Telephone: (520) 879-7500
ben_singerman@fd.org
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Bryan Osiel Zaragoza-Vargas,<br><br>Defendant. | CR25-02991-TUC-AMM (JR)<br><br>**DEFENDANT'S MOTION TO DETERMINE COMPETENCY**<br><br>**(Hearing Requested)** |

Undersigned counsel moves this court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant Bryan Osiel Zaragoza-Vargas.

This request is based upon the following:

Counsel hired Dr. Holly Salisbury, Psy.D., to perform a psychological examination in this case. Dr. Salisbury's report (attached as Exhibit A) reflects her opinion that Mr. Zaragoza appears to be suffering from a mental disease or defect that renders him mentally incompetent to stand trial to the extent he is unable to assist properly in his own defense.

Mr. Zaragoza is in custody.

Counsel has consulted with Assistant United States Attorney, Monica Ryan, and she does not object to this motion.

Wherefore, undersigned counsel requests that this court find reasonable cause to order a hearing to determine the competency of this defendant.

Respectfully submitted: February 3, 2026.

JON M. SANDS
Federal Public Defender

*s/Benjamin D. Singerman*
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender
*Attorney for Defendant*